|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| LYNDON B. GRANGER,<br><br>   Petitioner,<br><br>versus<br><br>JEFFERSON COUNTY SHERIFF<br>MITCH WOODS,<br><br>   Respondent. | §<br>§<br>§<br>§<br>§  CIVIL ACTION NO. 1:13-CV-221<br>§<br>§<br>§<br>§<br>§ |

## MEMORANDUM ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner, Lyndon B. Granger, a former pre-trial detainee at the Jefferson County Jail in Beaumont, Texas, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends the petition be dismissed as moot.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the Report and Recommendation have been filed to date.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED.** A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

SIGNED at Beaumont, Texas, this 20th day of December, 2013.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE